■ LAURA GUIDA et al., Respondents, v VICTORY MEMORIAL HOSPITAL et al., Appellants.—In a medical malpractice action, defendants appeal from an order of the Supreme Court, Kings County, dated February 19, 1975, which (1) granted plaintiffs' motion to vacate the dismissal of the action (a) unconditionally as against defendant Gugliemelli and (b) conditionally against the remaining defendants and (2) restored the case to the trial calendar. Order affirmed, with one bill of $50 costs and disbursements against defendants jointly. Plaintiffs made a sufficient showing of merits and of excusable neglect in the prosecution of the action. Consequently, Trial Term did not abuse its discretion in granting the motion. Gulotta, P. J., Rabin, Hopkins, Martuscello and Cohalan, JJ., concur.

■ JOAN GUTHRIE, Respondent, v WALTER K. GUTHRIE, Appellant.—In an action in which plaintiff was awarded a judgment of separation after defendant failed to appear in the action, the latter appeals from an order of the Supreme Court, Queens County, entered March 18, 1975, which, after a hearing, denied his motion to set aside the judgment. Order affirmed, with $50 costs and disbursements. The Justice at Special Term saw and heard the witnesses and, on the testimony adduced, properly concluded that defendant was served with process. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.